United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL LAMON DANSSER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-20-1846 |
| | § | |
| DISCOVERY FINANCIAL SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

It is ORDERED that the Stipulation of Dismissal Docket no. 45) as to Defendant, Experian Information Solutions, Inc., <u>only</u>, is GRANTED.

It is further ORDERED that this case is DISMISSED with prejudice as to Defendant, Experian Information Solutions, Inc., <u>only</u>.

Each party will bear its own costs.

Signed at Houston, Texas on April 26, 2021.

_____
Gray H. Miller
United States District Judge